Dennis J. Hayes, Esq. Bar No. 123576
Email: djh@sdlaborlaw.com
Hayes, Ortega & Sánchez, LLP
3665 Ruffin Road, Suite 100
San Diego, CA 92123
Telephone: (619) 297-6900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARIMA TARBAH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO GONZALEZ, in his official capacity as San Bernardino County Human Resources Director and Labor Relations Chief; et al.,<br><br>Defendants. | Case No. 5:25-cv-00882 KK (SPx)<br><br>**ORDER ON STIPULATION AND PROTECTIVE ORDER** |

The parties having stipulated hereto and good cause being shown, the Court hereby adopts the Stipulation and Protective Order (docket no. 84) in its entirety.

DATED: November 6, 2025   _____

United States Magistrate Judge

PROPOSED ORDER
Case No. 5:25-cv-00882 KK (SPx)