Dennis J. Hayes, Esq. Bar No. 123576
Email: djh@sdlaborlaw.com
Hayes, Ortega & Sánchez, LLP
3665 Ruffin Road, Suite 100
San Diego, CA 92123
Telephone: (619) 297-6900

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA TARBAH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO GONZALEZ, in his official capacity as San Bernardino County Human Resources Director and Labor Relations Chief; et al.,<br><br>Defendants. | Case No. 5:25-cv-00882 KK (SPx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL [86]** |

The Court, having considered the parties' Stipulation for Dismissal and finding good cause, hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice as to all parties and causes of action, each party to bear hers/his/its own fees and costs incurred in this matter.  (JS-6)

DATED: 11/19/2025

_____
United States District Judge